190 So.2d 238

**STATE ex rel. Louis A. CHARBONNET**

**v.**

**JEFFERSON PARISH SCHOOL BOARD et al.**

No. 48350.

Oct. 7, 1966.

In re: Jefferson Parish School Board applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson.   188 So.2d 143.

Writ refused.   The judgment is correct.

HAMLIN, SANDERS and SUMMERS, JJ., are of the opinion that the writ should be granted.